ANDRE BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney          **FILED:   6/21/12**
Chief, Civil Division
JOANNA HULL (CBN 227153)                  JS - 6
Assistant United States Attorneys
JULIE ZATZ CBN 155560
Assistant United States Attorneys
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6585;7349
    Facsimile:  (213) 894-7819
    Email: joanna.hull@usdoj.gov
        julie.zatz@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| LINDA STAMATOPOULOS, | ) | No. CV 11-00235 GHK (CWx) |
|---|---|---|
|     Plaintiff, | ) | **ORDER DISMISSING ACTION WITH PREJUDICE** |
|         v. | ) | [~~PROPOSED~~] |
| UNITED STATES OF AMERICA, | ) | |
|     Defendant. | ) | |

The parties having filed a Stipulation for Compromise Settlement and Dismissal,

IT IS HEREBY ORDERED:

1.  Plaintiff's action is dismissed with prejudice in its entirety;

2.  Each party shall bear their own costs of suit and fees; and

DATED: 6/21/12

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE